IN THE UNITED STATES DISTRICT COURT

FILED '06 JUN 28 10:00USDC-ORP

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARION K. AGUM,<br><br>    Plaintiff,<br><br>vs.<br><br>JOANNE B. BARNHART,<br>Commissioner of Social Security<br>    Defendant | Civil No. 05-609-ST<br><br><br><br>ORDER FOR EAJA FEES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3351.16 and zero expenses shall be awarded to Plaintiff in care of Plaintiff's attorney pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412; and that zero costs shall be awarded pursuant to 28 U.S.C. § 1920.

DATED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ David R. Johnson
DAVID R. JOHNSON
Special Assistant United States Attorney
(206) 615-2545
Of Attorneys for Defendant

Page 1     ORDER FOR EAJA FEES - [05-609-ST]